IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR CARR,

      Plaintiff,                    Case No. 2:09-cv-0826 KJN P

   vs.

H. HER, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 19, 2010, defendants filed a motion for protective order requiring plaintiff to return rule violation reports and informing plaintiff that he may not use these rule violation reports for any purpose other than the instant litigation.  Good cause appearing, defendants' motion will be granted.

        On July 29, 2010, plaintiff filed a motion to extend the deadline in which to comply with this court's July 9, 2010 orders.  Plaintiff states that he suffered a heart attack on July 19, 2010 and a coronary stent was implanted.  Plaintiff seeks an extension of time until August 20, 2010.

        However, plaintiff was also directed to file certain documents by this court's June 18, 2010 order.  (Dkt. No. 50.)  Plaintiff was ordered to file a third amended complaint and

notice of submission of documents form within thirty days from the date of that order. Given the reason for plaintiff's July 29 motion, the court will also grant plaintiff an extension of time in which to file a third amended complaint that complies with the June 18, 2010 order. The Clerk of Court will be directed to serve another copy of the June 18, 2010 order on plaintiff.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' July 19, 2010 motion for protective order (dkt. no. 61) is granted:

    (a) Plaintiff shall not use rule violation reports S2-08-03-0719 and S2-08-03-0720 for any purpose other than litigating the instant action; and

    (b) Plaintiff shall return his copies of rule violation reports S2-08-03-0719 and S2-08-03-0720 to Defendants upon the conclusion of this case.

2. Plaintiff's July 29, 2010 motion for extension of time (dkt. no. 63) is granted. Plaintiff is granted thirty days from the date of this order in which to comply with this court's orders issued July 9, 2010.

3. Plaintiff is granted an additional thirty days from the date of this order in which to file the third amended complaint and notice of submission form in compliance with this court's June 18, 2010 order.

4. The Clerk of Court shall serve plaintiff with a copy of the June 18, 2010 order. (Dkt. No. 50.)

DATED: August 4, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/carr0826.po+

2