IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR CARR,

    Plaintiff,                               No. 2:09-cv-0826 GEB KJN P

    vs.

CA DEPT. OF CORRECTIONS, et al.,

    Defendants.                           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis with a civil rights action filed pursuant to 42 U.S.C. § 1983. On September 7, 2010, plaintiff filed a motion to obtain a copy of witness Leslie Jones' declaration. It appears plaintiff was not provided with a copy of this declaration. Accordingly, plaintiff's motion will be granted and the Clerk of the Court will be directed to send plaintiff a copy of Jones' declaration.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 7, 2010 motion (dkt. no. 71) is granted; and

////

////

////

////

1  2. The Clerk of the Court is directed to send a copy of the notice and declaration
2  (dkt. no. 53), filed June 28, 2010, to plaintiff at his address of record.
3  DATED: September 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

carr0826.dec