IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR CARR,

        Plaintiff,                      No. 2:09-cv-0826 GEB KJN P

   vs.

H. HER, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On October 25, 2010, plaintiff filed a motion to obtain the attendance of Michael Soares, witness to an incident among inmates Sprague, Carroll and plaintiff on March 10, 2008. Plaintiff seeks an order requiring inmate Michael Soares to inform the court whether he will testify voluntarily on behalf of plaintiff at trial in this matter. Plaintiff states that on January 9, 2009, Michael Soares was housed at Solano State Prison. Plaintiff is not aware of Mr. Soares' present location and does not have Mr. Soares' CDC inmate identification number.

        Moreover, the California Department of Corrections and Rehabilitation website's inmate locator reveals two inmates by the name of Michael Soares:

        Michael Jay Soares, CDCR #F01805, age 35, admitted 10/24/2005

        Michael Ryan Soares, CDCR #V70101, age 34, admitted 3/2/2005,

both of whom are located at different institutions.  Therefore, defendants will be directed to

notify the court, within twenty-one days, which Michael Soares was witness to the incident at issue herein so the court may issue further orders.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days, defendants shall provide the full name and CDCR identification number for the Michael Soares who witnessed the March 10, 2008 incident at issue herein.

DATED:  November 3, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

carr0826.fb