1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARTHUR CARR,

11              Plaintiff,                            No. 2:09-0826 GEB KJN P

12          vs.

13   H. HER, and A. V. SOLORZANO,

14              Defendants.                           ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On January 25, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Plaintiff filed a statement of no intent to file objections; defendants have not filed objections to

23   the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1        1.  The findings and recommendations filed January 25, 2012, are adopted in full;

2  and

3        2.  Defendants' motion for summary judgment (Dkt No. 110) is granted as to

4  plaintiff's due process claim and denied in all other respects, and plaintiff's false report or cover-

5  up claim is dismissed without prejudice.

6  Dated:  March 20, 2012

7

8                                    GARLAND E. BURRELL, JR.

9                                    United States District Judge

2