IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR CARR,

        Plaintiff,                   No. 2:09-cv-0826 GEB KJN P

    vs.

H. HER, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On February 1, 2013, plaintiff filed a request for return of photographs submitted with his pretrial statement. Plaintiff states he needs the photographs so that he can provide defendants with copies of missing photographs and make copies of the photographs for use at trial. On August 7, 2012, plaintiff submitted original photographs, including some in color, for consideration with his pretrial statement. (Dkt. No. 195 at 25-55.) The photographs were scanned into CM/ECF, and the originals were maintained in the court file. Defendants have access to view these photographs through CM/ECF, and initially provided the photographs to plaintiff responsive to a request for production of documents. (Dkt. No. 195 at 22-55.) Therefore, it is not necessary for plaintiff to provide defendants with a copy of the photographs, or to bring an additional set of copies of the photographs to trial. Plaintiff is relieved of his obligation to provide a copy of the photographs at trial.

1

1    Accordingly, IT IS HERE ORDERED that:

2    1. Plaintiff's February 1, 2013 request (dkt. no. 209) is denied; and

3    2. Plaintiff is relieved of his obligation to bring a copy of the photographs he

4 intends to submit at trial.

5 DATED: February 12, 2013

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```

carr0926.photos