UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ARTHUR CARR,

    Plaintiff,

  vs.

H. HER, et al.,

    Defendants.

No. 2:09-cv-0826 GEB KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Arthur Verrell Carr, CDCR # C-66940, a necessary and material witness in a settlement conference in this case on June 13, 2013, is confined in North Kern State Prison ("NKSP"), 2737 West Cecil Avenue, Delano, California 93215, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #1, 501 I Street, Sacramento, California 95814, on Thursday, June 13, 2013, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Craig M. Kellison; and

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, NKSP, P. O. Box 567, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 11, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

carr0826.841