1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  KELLI M. HAMMOND, State Bar No. 217485
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA  94244-2550
    Telephone:  (916) 322-4638
6   Facsimile:  (916) 324-5205
    E-mail: Kelli.Hammond@doj.ca.gov
7  *Attorneys for Defendants Her and Solorzano*

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                            SACRAMENTO
11

12 | **ARTHUR CARR**, | Case No. 2:09-cv-0826 GEB KJN P |
13 | | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
14 | Plaintiff, | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
15 | v. | |
16 | **H. HER, et al.**, | |
17 | Defendants. | |

18
19     Plaintiff Arthur Carr and Defendants Her and Solorzano have resolved this case in its
20 entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal
21 Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own litigation costs and
22 attorney's fees.

23 Dated:   June 13, 2013            */s/  Arthur Carr*
                                    *(Original signature retained by attorney)*
24                                  Arthur Carr, Plaintiff
25
26 Dated:   June 13, 2013            /s/  **Kelli M. Hammond**
                                    Kelli M. Hammond
27                                  Deputy Attorney General
                                    *Attorney for Defendants HER and SOLORZANO*
28

                                    1

1 | In accordance with the parties' stipulation, this action is dismissed with prejudice. The
2 | Clerk of the Court shall close the file. **IT IS SO ORDERED**.
3 | **Date: 6/17/2013**
4 |
5 | _____
   | GARLAND E. BURRELL, JR.
6 | Senior United States District Judge

2