KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
KELLI M. HAMMOND, State Bar No. 217485
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 322-4638
 Facsimile:  (916) 324-5205
 E-mail: Kelli.Hammond@doj.ca.gov
*Attorneys for Defendants Her and Solorzano*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| **ARTHUR CARR**, <br><br>                              Plaintiff, <br><br>     v. <br><br> **H. HER, et al.**, <br><br>                              Defendants. | Case No. 2:09-cv-0826 GEB KJN P <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br> **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Arthur Carr and Defendants Her and Solorzano have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own litigation costs and attorney's fees.

Dated:  June 13, 2013

*/s/  Arthur Carr*
*(Original signature retained by attorney)*
Arthur Carr, Plaintiff

Dated:  June 13, 2013

*/s/  Kelli M. Hammond*
Kelli M. Hammond
Deputy Attorney General
*Attorney for Defendants HER and SOLORZANO*

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:09-cv-0826 GEB KJN P)

1  In accordance with the parties' stipulation, this action is dismissed with prejudice. The
2  Clerk of the Court shall close the file.  **IT IS SO ORDERED**.
3  **Date: 6/17/2013**

4
5  _____
   GARLAND E. BURRELL, JR.
6  Senior United States District Judge

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:09-cv-0826 GEB KJN P)